United States District Court
for the
Southern District of Florida

United States of America,         )
Plaintiff                         )
                                  )
                                  )
v.                                )   Criminal Case No. 17-20300-CR-Scola
                                  )
                                  )
Michael Munday,                   )
Defendant.                        )

### **VERDICT FORM**

#### **Count One (Conspiracy to Commit Mail Fraud)**

We, the Jury in the above-captioned case, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 1 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

#### **Count Two (Mail Fraud)**

We, the Jury, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 2 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

#### **Count Three (Mail Fraud)**

We, the Jury, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 3 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

#### **Count Four (Mail Fraud)**

We, the Jury, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 4 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

**Count Five (Mail Fraud)**

We, the Jury, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 5 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

**Count Six (Mail Fraud)**

We, the Jury, unanimously find the Defendant, MICHAEL MUNDAY, as to Count 6 of the Indictment:

GUILTY __✓__          NOT GUILTY _____

Dated: January __17__, 2018

_____
FOREPERSON OF THE JURY

_____# 12_____
FOREPERSON'S JUROR NUMBER